UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| **Advance Iron Works, Inc.**, | Bankruptcy No. 12-45833 |
| Debtor. | Honorable Jack B. Schmetterer |
| | Pending in United States Bankruptcy Court for the Northern District of Illinois, Eastern Division |
| **Contegra Construction Co., LLC**, | |
| Plaintiff, | |
| v. | Adversary No. 13-03017-lkg |
| **Robert V. Sutphen**, | |
| Defendant. | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois and Local Rule 2090(B) of the United States Bankruptcy Court for the Southern District of Illinois, the undersigned attorney moves for admission pro hac vice to the United States Bankruptcy Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Advance Iron Works, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Illinois. The state bar number issued to me is 6300528. I have also been admitted to practice before the United States

District Court for the Northern District of Illinois and the Court of Appeals for the Seventh Circuit.

    2.    I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

    Accordingly, I ask to be admitted pro hac vice before this court.

| Dated: February 21, 2013 | Respectfully submitted, |
|---|---|
| | /s/ Jeffrey K. Paulsen |
| | Jeffrey K. Paulsen |

Jeffrey K. Paulsen (6300528)
**THE LAW OFFICE OF**
    **WILLIAM J. FACTOR, LTD.**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Fax:   (847) 574-8233
Email:  jpaulsen@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on February 21, 2013, I caused a copy of the foregoing *Motion for Pro Hac Vice Admission* to be served via U.S. Mail, facsimile, and e-mail all persons identified on the Service List below.

/s/ Jeffrey K. Paulsen

## SERVICE LIST

Allan L. Napp
Schrempf, Kelly, Napp & Darr, Ltd.
307 Henry
Alton, IL 62002
Fax: 618-465-2318
E-mail: anapp@skndlaw.com
*Counsel for Contegra Construction Co.*

Erica Wax
Ulmer & Berne, LLP
500 W. Madison, Suite 3600
Chicago, IL 60661
Fax: 312-658-6511
E-mail: ewax@ulmer.com
*Counsel for Contegra Construction Co.*